```
1  Steven J. Skikos (SBN 148110)
   LOPEZ, HODES
2  625 Market Street, 11th Floor
   San Francisco, CA 94105
3  Telephone: 415-956-5257
   Facsimile: 415-956-4416
4
5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | CASE NO. C-06-3535-CRB<br><br>MDL DOCKET NO. 1699<br>District Judge: Charles R. Breyer |
| This document relates to<br><br>CHARLENE WILLIS, an individual, and as administrator of the Estate of AZELL WILLIS, ELIZABETH WILLIS, ETHEL WILLIS, ODELL WILLIS, PHILLIP WILLIS, JIMMY WILLIS,<br><br>Plaintiffs,<br><br>vs.<br><br>G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation; PFIZER GLOBAL RESEARCH & DEVELOPMENT,<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiffs, CHARLENE WILLIS, ELIZABETH WILLIS, ETHEL WILLIS, ODELL WILLIS, PHILLIP WILLIS, JIMMY WILLIS, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41 (a), and hereby

1 | stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys'
2 | fees and costs.

4 | Dated: August 31, 2009          LOPEZ HODES

8 | By: /s/
    Steven J. Skikos
9 | Attorneys for Plaintiffs, CHARLENE WILLIS,
    ELIZABETH WILLIS, ETHEL WILLIS,
    ODELL WILLIS, PHILLIP WILLIS, JIMMY
    WILLIS

12 | Dated:   Oct. 22  , 2009          DLA PIPER LLP (US)

15 | By: /s/
     Matt Holian
     Attorneys for Defendants

20 | **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

22 | Dated: OCT 2 8 2009 , 2009

     Hon. Charles R. Breyer
     United States District Judge

2